# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NST GLOBAL, LLC, d/b/a SB TACTICAL, | Case No. 8:18-cv-01664-JVS-ADS |
| Plaintiff, vs. | **ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |
| STRIKE INDUSTRIES; and GARRETT KELLER, an individual, | |
| Defendants. | |

---

ORDER on Stipulation of Dismissal with Prejudice

1

UPON PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT:

This entire action is dismissed, **with prejudice**. Each party shall bear own fees and costs.

DATED: May 03, 2019

_____
Hon. James V. Selna
United States District Judge